# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MICHELLE L. KOLLEK
**Case Number:** 13-22130-JAD        **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 14, 2016 02:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#72 - Continued Trustee's Certificate of Default to Dismiss

#97 - Continued Confirmation of Plan Dated 5/6/2016 - FC
R / M #: 72 / 0

### Appearances:

Debtor: Buchanan
Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
Creditor:

*No payments since Jan 2016*
*Arrears of $22,612 through June.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

*Trustee requests case be ~~dismissed~~ dismissed. Debtor has no defense.*

**FILED**
JUL 15 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA