**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHELLE L. KOLLEK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-22130 JAD<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/16/2013 and confirmed on 07/24/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 83,415.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,415.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,818.45 | |
|    Trustee Fee | 2,989.39 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,807.84 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FEDERAL NATIONAL MORTGAGE ASSN | 53,169.37 | 53,169.37 | 0.00 | 53,169.37 |
|   Acct: XXXXXXXXX6/13 | | | | |
| CIBM BANK - SCCSR TO MARINE BANK | 15,296.50 | 15,296.50 | 0.00 | 15,296.50 |
|   Acct: 0350 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3755 | | | | |
| FEDERAL NATIONAL MORTGAGE ASSN | 7,344.94 | 7,344.94 | 0.00 | 7,344.94 |
|   Acct: XXXXXXXXX5/13 | | | | |
| CIBM BANK - SCCSR TO MARINE BANK | 1,791.35 | 1,791.35 | 0.00 | 1,791.35 |
|   Acct: 0350 | | | | |
| | | | | 77,602.16 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHELLE L. KOLLEK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHELLE L. KOLLEK | 5.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

13-22130 JAD **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** Page 2 of 2

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THE DEBT DOCTORS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC** | 1,350.00 | 1,350.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC** | 1,468.45 | 1,468.45 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX3-14 | | | | |
| THE DEBT DOCTORS LLC** | 5,196.97 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
| CLERK, U S BANKRUPTCY COURT | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXX2130 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 2,446.91 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXI/OE | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 362.83 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2543 | | | | |
| PIONEER/MCB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| VANDA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1015 | | | | |
| SCOTT A DIETTERICK ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 77,607.16 |

TOTAL CLAIMED
PRIORITY       2,451.91
SECURED       77,602.16
UNSECURED        362.83

Date: 02/22/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com